**NBC UNIVERSAL**

MAR 2 0 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2008

ELISABETH C. YAP
Senior Litigation Counsel

30 Rockefeller Plaza
New York, NY 10112
212 664 2527 tel
212 664 6572 fax
elisabeth.yap@nbcuni.com

March 27, 2008

By Overnight Mail
Honorable William H. Pauley
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Re:  Royal v. Oxygen Media, LLC, No. 1:08-CV-02064-WHP (DCF)

Dear Judge Pauley:

I represent the defendant Oxygen Media, Inc. ("Oxygen") in the above-captioned action. We received notice that the case had been transferred to this Court on March 11, 2008. In the apparent absence of any rule governing the timeframe for responding to a complaint in a transferred action, Oxygen respectfully requests the Court's leave to respond by April 11, 2008, unless the Court desires the parties to proceed in an alternative manner. Plaintiff has agreed to this timeframe.

Thank you for your consideration of this matter.

Respectfully submitted,

Elisabeth C. Yap

cc:  Gregory Royal (by overnight mail)
     Constance Pendleton (by overnight mail)

*Application granted.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/1/2008