**NBC UNIVERSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2008

April 10, 2008

30 Rockefeller Plaza
New York, NY 10112
212 664 2527 tel
212 664 6572 fax
elisabeth.yap@nbcuni.com

Elisabeth C. Yap
Senior Litigation Counsel

By Overnight Mail
Honorable William H. Pauley
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

      Re: Royal v. Oxygen Media, LLC, No. 1:08-CV-02064-WHP (DCF)

Dear Judge Pauley:

    I represent Oxygen Media, LLC ("Oxygen") in the above-captioned action. Oxygen respectfully requests an extension of its time to respond to the complaint, from April 11, 2008 to April 25, 2008. The extension would allow the parties to continue to their ongoing efforts to resolve this matter. Plaintiff has agreed to this extension, and there have been no prior requests for extension.

    Thank you for your consideration of this request.

                              Respectfully submitted,

                              Elisabeth C. Yap

Cc:    Gregory Royal (by overnight mail)
        Constance Pendleton (by overnight mail)

*Application granted.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/15/2008