UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

Gregory Charles Royal,
    d/b/aAmerican Youth Symphony

                                Plaintiff,

                    -against-

Oxygen Media, Inc.

                               Defendant

---------------------------------------------------------X

1:08-CV-02064-WHP (DCF)

STIPULATION AND
ORDER OF VOLUNTARY
DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel, that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to bear its own costs and attorneys' fees.

Dated: April ___, 2008
       Washington, DC

_____
GREGORY C. ROYAL
d/b/a American Youth Symphony
1929 18th Street, NW
PMB 1153
Washington, DC 20009
(202) 302-6703
*Pro Se* Plaintiff

Dated: April 18, 2008
       New York, New York

_____
ELISABETH C. YAP (EY-5348)
NBC UNIVERSAL, INC.
30 Rockefeller Plaza, Rm.1092E
New York, New York 10112
(212) 664-2527
Attorney for Defendant Oxygen Media, LLC

*The Clerk of Court is directed to mark this case closed.*

SO ORDERED.

_____
Honorable William H. Pauley, United States District Judge

4/24/08